616

April 27, 1984.

474 A.2d 684

Bernardi Bros., Inc. v. Buxton, Appellant.

Argued November 2, 1983. Lawrence John Neary, for appellant; Samuel Leach Andes, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

The order of the lower court refusing to open the confession of judgment in ejectment is affirmed.

WICKERSHAM, J., filed a dissenting memorandum.

474 A.2d 684

Birch v. Bethlehem Mines Corp.

Appeal of Bethlehem Mines Corporation.

Argued January 25, 1984. Lawrence A. Demase, for appellant; Steven R. Wolf, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Affirmed.